UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| WEST IP COMMUNICATIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FORWARD INDUSTRIES, INC., )<br>)<br>Defendant. ) | Case No. 3:13-cv-00968-JHM |

**AGREED ORDER AND STIPULATION TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

As evidenced by the signatures of their undersigned counsel, below, Plaintiff West IP Communications, Inc. ("Plaintiff") and Defendant Forward Industries, Inc. ("Defendant") have agreed and hereby stipulate that the Defendant shall have through and including November 11, 2013 to answer or otherwise respond to the Amended Complaint filed by the Plaintiff.

IT IS SO ORDERED.

- 2 -

APPROVED FOR ENTRY:

| | |
|---|---|
| /s/ Loren T. Prizant (with permission) | /s/ Casey L. Hinkle |
| Henry S. Alford | Casey L. Hinkle |
| Loren T. Prizant | MILLER WELLS PLLC |
| MIDDLETON REUTLINGER | 710 West Main Street, Fourth Floor |
| 41 South Fourth Street, Suite 2600 | Louisville, Kentucky 40202 |
| Louisville, Kentucky 40202 | Telephone: (502) 416-1636 |
| halford@middreut.com | Facsimile: (502) 855-4971 |
| lprizant@middreut.com | chinkle@millerwells.com |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

## CERTIFICATE OF SERVICE

     I hereby certify that on November 1, 2013, a copy of the foregoing was served electronically on all parties of record in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order.

                                    /s/ Casey L. Hinkle
                                COUNSEL FOR DEFENDANT